Argued and submitted May 7, affirmed June 13, 2001

STATE OF OREGON,
*Appellant,*

*v.*

DUANE LOREN SMITH,
*Respondent.*

99120266C, 99089967C, 99069774C; A109620

25 P3d 984

Douglas F. Zier, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Laura Graser argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Guzman,* 164 Or App 90, 990 P2d 370 (1999), *rev den* 331 Or 191 (2000).